PROB 12C
(6/16)

Report Date: August 19, 2020

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Aug 19, 2020

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Faith Marie Holley          Case Number: 0980 2:18CR00121-RMP-1

Address of Offender:

Name of Sentencing Judicial Officer:  The Honorable Rosanna Malouf Peterson, U.S. District Judge

Date of Original Sentence: June 6, 2019

Original Offense:        Felon in Possession of a Firearm, 18 U.S.C. §§ 922(g)(1), 924(a)(2)

Original Sentence:       Prison - 21 Months              Type of Supervision: Supervised Release
                         TSR - 36 Months

Asst. U.S. Attorney:     Earl Allan Hicks                Date Supervision Commenced: July 31, 2020

Defense Attorney:        Lorinda Meier Youngcourt        Date Supervision Expires: July 30, 2023

## PETITIONING THE COURT

To issue a summons.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition #6**: You must reside in a residential reentry center (RRC) for a period of up to 180 days at the direction of the supervising officer.  Your participation in programs offered by the RRC is limited to employment, education, treatment, and religious services at the direction of the supervising officer.  The defendant shall abide by the rules and requirements of that facility.<br><br>**Supporting Evidence**: On or about August 17, 2020, the offender is alleged to have violated special condition number 6 by failing to abide by the rules and requirements of the RRC.<br><br>On August 3, 2020, the offender's conditions were reviewed and she signed said conditions acknowledging an understanding of her requirements.  Specifically, she was made aware by her U.S. probation officer that she must abide by the rules and requirements of the RRC.<br><br>On August 17, 2020, RRC staff observed an object being thrown from a second floor window of their facility.  Upon further investigation, it was determined that a cap to a small bottle of alcohol appeared to have been thrown from a window in Ms. Holley's pod.  A search was conducted of the offender's living area and staff uncovered two empty shot-sized bottles of vodka hidden in a trash receptacle.  Additionally, staff discovered a tobacco product concealed in the offender's pants.  Subsequently, Ms. Holley submitted to a breathalyzer test, which registered .027 BAC. |

Prob12C
**Re: Holley, Faith Marie**
**August 19, 2020**
Page 2

        On August 18, 2020, the U.S. Probation Office received notification from the RRC indicating the offender's public law placement had been terminated due to the above-noted rule violations. Specifically, Ms. Holley violated RRC rules by introducing contraband into the facility, consuming alcohol on RRC property, and being under the influence of alcohol.

2    **Special Condition #5**: You must not enter into or remain in any establishment where alcohol is the primary item of sale. You must abstain from alcohol and must submit to urinalysis and Breathalyzer testing as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from this substance.

        **Supporting Evidence**: On or about August 17, 2020, the offender is alleged to have violated special condition number 5 by consuming alcohol.

        On August 3, 2020, the offender's conditions were reviewed and she signed said conditions acknowledging an understanding of her requirements. Specifically, she was made aware by her U.S. probation officer that she must abstain from alcohol.

        As noted above, the U.S. Probation Office received notification from the RRC indicating the offender submitted to a breathalyzer test on August 17, 2020, which registered .027 BAC.

        On August 18, 2020, the undersigned officer contacted Ms. Holley to address the aforementioned incident. During the discussion, she admitted to consuming alcohol on or about August 17, 2020.

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the offender to appear to answer to the allegation(s) contained in this petition.

        I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   August 19, 2020

s/Lori Cross

Lori Cross
U.S. Probation Officer

---

THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[X]   The Issuance of a Summons
[ ]   Other

Signature of Judicial Officer

8/19/2020

Date