PROB 12C
(6/16)

Report Date: October 28, 2020

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Oct 28, 2020

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Faith Marie Holley | Case Number: 0980 2:18CR00121-RMP-1 |
| Address of Offender: | Washington 99207 |

Name of Sentencing Judicial Officer:  The Honorable Rosanna Malouf Peterson, U.S. District Judge

Date of Original Sentence: June 6, 2019

Original Offense:      Felon in Possession of a Firearm, 18 U.S.C. §§ 922(g)(1), 924(a)(2)

| | | |
|---|---|---|
| Original Sentence: | Prison - 21 Months<br>TSR - 36 Months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Earl Allan Hicks | Date Supervision Commenced: July 31, 2020 |
| Defense Attorney: | Lorinda Meier Youngcourt | Date Supervision Expires: July 30, 2023 |

### PETITIONING THE COURT

To issue a warrant and to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 8/19/2020.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 3 | **Mandatory Condition #1**: You must not commit another federal, state or local crime.<br><br>**Supporting Evidence**: The offender is alleged to have violated mandatory condition number 1, by committing the offenses of driving under the influence and hit and run attended vehicle on or about October 23, 2020.<br><br>On August 3, 2020, the offender's conditions of supervision were reviewed and she signed said conditions acknowledging an understanding of her requirements.  Specifically, she was made aware by her supervising officer that she must not commit another federal, state or local crime.<br><br>On or about October 23, 2020, Ms. Holley was arrested by the Spokane County Sheriff's Office (SCSO) for driving under the influence and hit and run attended vehicle.  As of this writing, a court date has not been scheduled. |

Prob12C
**Re: Holley, Faith Marie**
**October 28, 2020**
**Page 2**

According to the incident report, on October 23, 2020, the SCSO was dispatched to the 6300 block of Sprague Avenue in Spokane, Washington, after receiving a report of a hit and run. The victim informed dispatch that a female driving a Toyota, bearing Idaho plate number 7BM9995, had struck his vehicle and then proceeded to drive away.

A short time later, officers observed a Toyota Sienna driving westbound on Sprague Avenue with severe damage to the front of the vehicle. The van was dragging its bumper and one of the tires appeared to be damaged. The vehicle was also observed driving against the raised center divider. A traffic stop was conducted and dispatch confirmed the van matched the description of the vehicle reported to be involved in a hit and run accident.

A deputy responded to the scene and approached the driver of the vehicle, who was identified as Ms. Holley. The deputy observed the front bumper cover of her vehicle was nearly completely ripped off and a long section of the cover was laying in the roadway. There were also fresh dents on the front fenders. Based on the deputy's experience, he believed the vehicle had been in a recent collision. When questioned, the offender denied being in an accident. The deputy also observed that Ms. Holley's eyes were glassy and red and there was a faint odor of alcohol emanating from her breath. Further, he observed an open bottle of whiskey on the passenger floorboard. Subsequently, Ms. Holley was asked to exit the vehicle.

The deputy observed that the offender's pupils were minimally constricted and when she was asked to participate in a field sobriety test, she refused. Additionally, and as she stood, her eyelids began to droop, her head kept tilting downward, and she appeared to have to concentrate to be able to keep her eyes open. When asked if she had used drugs or consumed alcohol, she just stared at the deputy. Based on his experience, the deputy suspected she may have also been under the influence of a controlled substance. Based on the above information, the offender was placed under arrest and taken to a patrol car.

Following the offender's arrest, the victim of the alleged hit and run arrived at the scene. The driver informed deputies that a female driving a Toyota had attempted to pass his vehicle; however, the front passenger side of her vehicle collided with the rear driver side portion of his vehicle. He then began to follow the vehicle and he observed it drive over several concrete curbs. The victim feared getting into another collision with the vehicle, so he stopped and called 911. Upon inspection of the victim's vehicle, deputies observed a 3-inch dent along the rear driver side quarter panel.

While in route to the jail, Ms. Holley proceeded to lie down in the backseat and ceased responding to the deputy. The deputy had to stop his vehicle to check on her well-being, at which time she responded "what the fuck do you want" and "where am I". Upon arrival at the jail, the deputy was advised the jail was not accepting any new arrestees, so he began to walk with the offender back to the patrol car to transport her to the hospital for a blood draw. While walking back to the patrol vehicle, Ms. Holley pulled down her pants and urinated before proceeding to the patrol car. According to the arresting deputy, she appeared confused and continually asked him where she was and what was going on.

Prob12C
Re: Holley, Faith Marie
October 28, 2020
Page 3

Upon arrival at the hospital, the offender began repeatedly smacking her head against the wall and attempted to throw herself on the floor in the emergency room. Subsequently, her handcuffs were removed and she was placed in soft restraints in a hospital bed.

A search warrant was obtained to collect a sample of the offender's blood, which was collected at approximately 1:30 a.m. on October 24, 2020. Results of the blood test are currently pending.

A short time later, she was provided with her citation and released from custody. She was further informed she was being placed on an involuntary mental health hold due to her high level of intoxication, her inability to determine where she was, and her inability to care for herself.

| | |
|---|---|
| 4 | **Standard Condition # 9**: If you are arrested or questioned by a law enforcement officer, you must notify the probation officer within 72 hours. |

**Supporting Evidence**: The offender is alleged to have violated standard condition number 9, by failing to inform the probation officer of her contact with law enforcement on or about October 23, 2020.

On August 3, 2020, the offender's conditions of supervision were reviewed and she signed said conditions acknowledging an understanding of her requirements. Specifically, she was made aware by her supervising probation officer that she must report law enforcement contact to the undersigned within 72 hours.

On October 23, 2020, the probation officer received email notification indicating the offender's name had been queried several times by local law enforcement. On October 27, 2020, the undersigned discovered the offender had been arrested on the aforementioned charges. On this same date, the probation officer contacted Ms. Holley to address her new law violations. Ms. Holley explained that she was scared and embarrassed about her arrest and acknowledged her failure to notify the undersigned within 72 hours of her arrest.

| | |
|---|---|
| 5 | **Special Condition #5**: You must not enter into or remain in any establishment where alcohol is the primary item of sale. You must abstain from alcohol and must submit to urinalysis and Breathalyzer testing as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from this substance. |

**Supporting Evidence**: The offender is alleged to have violated special condition number 5, by consuming alcohol on or about October 23, 2020.

On August 3, 2020, the offender's conditions of supervision were reviewed and she signed said conditions acknowledging an understanding of her requirements. Specifically, she was made aware by her supervising officer that she must abstain from alcohol.

As previously noted, Ms. Holley was arrested for driving under the influence on or about October 23, 2020. On October 27, 2020, the undersigned officer contacted the offender to discuss her arrest. At that time, she admitted to excessive use of alcohol on the above-referenced date, and indicated she could not remember many details about the incident due to her high level of intoxication.

Prob12C
**Re: Holley, Faith Marie**
**October 28, 2020**
Page 4

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court, and that the Court issue a warrant.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    October 28, 2020

s/Lori Cross

Lori Cross
U.S. Probation Officer

## THE COURT ORDERS

[ ]  No Action
[X]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[ ]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[X]  Defendant to appear before the Magistrate Judge.
[ ]  Other

Signature of Judicial Officer

10/28/2020
Date