FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jan 06, 2021

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>FAITH MARIE HOLLEY,<br><br>Defendant. | NO: 2:18-CR-121-RMP<br><br>ORDER DENYING DEFENDANT'S MOTION FOR RELEASE FROM CUSTODY |

BEFORE THE COURT, on an expedited basis, is Defendant Faith Marie Holley's Motion for Release from Custody upon graduation from inpatient substance abuse treatment on January 7, 2021. ECF No. 108 (filed Jan. 4, 2021). The Court has reviewed Defendant's motion and the Government's opposition. *See* ECF No. 111 (filed Jan. 5, 2021).

In addition, at the Court's request, the supervising United States Probation Officer has inquired as to the suitability of Defendant's proposed release residence. Based on the U.S. Probation Officer's findings, the Court concludes that the proposed release arrangement is unsuitable at present.

ORDER DENYING DEFENDANT'S MOTION FOR RELEASE FROM CUSTODY ~ 1

In light of the lack of a suitable release arrangement, the Court **DENIES** Defendant's Motion for Release from Custody, **ECF No. 108**, **with leave to renew** with an alternative proposal for housing that is acceptable to the Court.

The District Court Clerk is directed to enter this Order and provide copies to counsel and to the U.S. Probation Office.

**DATED** January 6, 2021.

                            *s/ Rosanna Malouf Peterson*
                            ROSANNA MALOUF PETERSON
                                United States District Judge