PROB 12C
(6/16)

Report Date: February 24, 2021

# United States District Court

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Feb 24, 2021

SEAN F. McAVOY, CLERK

for the

Eastern District of Washington

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Faith Marie Holley                Case Number: 0980 2:18CR00121-RMP-1

Address of Offender:                                                 Washington 99203

Name of Sentencing Judicial Officer:  The Honorable Rosanna Malouf Peterson, U.S. District Judge

Date of Original Sentence: June 6, 2019

Original Offense:        Felon in Possession of a Firearm, 18 U.S.C. §§ 922(g)(1), 924(a)(2)

Original Sentence:       Prison - 21 months                Type of Supervision: Supervised Release
                         TSR - 36 months

Asst. U.S. Attorney:     Earl Allan Hicks                  Date Supervision Commenced: July 31, 2020

Defense Attorney:        Lorinda Meier Youngcourt          Date Supervision Expires: July 30, 2023

## PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 8/19/2020 and 10/28/2020.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
| --- | --- |
| 6 | **Special Condition # 4**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances. |
| | **Supporting Evidence**: The offender is alleged to have violated condition number 4, by ingesting a controlled substance, heroin, on or about February 20, 2021. |
| | On August 3, 2020, the offender's conditions of supervision were reviewed and she signed said conditions acknowledging an understanding of her requirements. Specifically, she was made aware by her supervising officer that she must abstain from the use of illegal controlled substances. |
| | On February 22, 2021, Ms. Holley contacted the undersigned officer and admitted to consuming heroin on or about February 20, 2021. Subsequently, she submitted to urinalysis testing on February 22, and 23, 2021, which both yielded positive results for morphine. |

Prob12C
Re: Holley, Faith Marie
**February 24, 2021**
Page 2

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: February 24, 2021

s/Lori Cross

Lori Cross
U.S. Probation Officer

THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[X]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[X]  Defendant to appear before the Magistrate Judge.
[ ]  Other

Signature of Judicial Officer

2/24/2021
Date